Rod Danielson
Chapter 13 Trustee
4361 Latham Ave., Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:       Clerk, U.S. Bankruptcy Court

Re:       UNDISTRIBUTED FUNDS

Case No.:    6:07-bk-16925-CB

Debtor(s):   RAYMOND ALADE JOHNSON
             ADAMA NENEH JOHNSON
             PO BOX 10056
             MORENO VALLEY, CA  92552-0056

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| RAYMOND ALADE JOHNSON & ADAMA NENEH JOHNSON<br>PO BOX 10056<br>MORENO VALLEY, CA 92552-0056 | $2,990.00 |

Dated: 7/12/11

Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

ROD DANIELSON                                                                                                     Check #: 0357360
Payee: US BANKRUPTCY COURT                                                                                        Date: Jul 11, 2011

| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
|---|---|---|---|---|---|---|
| 0716925 | RAYMOND ALADE & ADAMA NENEH JOHNSON | | 00000 | 2,990.00 | 0.00 | 2,990.00 |

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT    TOTALS:    2,990.00    0.00    2,990.00

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

RAYMOND ALADE JOHNSON
ADAMA NENEH JOHNSON
BALANCE:    [0.00 Claim:00000]
ACCT:
PRINCIPAL: 2,990.00
CASE: 0716925
INTEREST: 0.00

16-4430
1220

**1ST ENTERPRISE BANK**
TAKING A PERSONAL INTEREST IN YOU AND YOUR BUSINESS
818 West Seventh St., #220
Los Angeles, CA 90017

**CHECK NUMBER**
0357360

**CHECK DATE**    **AMOUNT**
Jul 11, 2011    ******2,990.00**
VOID 45 DAYS FROM DATE

PAY    Two Thousand Nine Hundred Ninety And 00 / 100 Dollars

TO THE
ORDER OF    **US BANKRUPTCY COURT**
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Rod Danielson

⑆0357360⑆ ⑈122044300⑈ ⑆030⑈100078⑈